UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JWR CONSTRUCTION SERVICES, INC.,

    Plaintiff,

v.                                                 Case No. 10-61051-CIV-HUCK/O'SULLIVAN

AMERISURE INSURANCE COMPANY and
AMERISURE MUTUAL INSURANCE
COMPANY,

    Defendants.
_____/

GREAT AMERICAN FIDELITY
INSURANCE COMPANY and
GREAT AMERICAN E&S
INSURANCE COMPANY,

    Plaintiffs,

v.                                                 Case No. 10-61423-CIV-HUCK/O'SULLIVAN

JWR CONSTRUCTION SERVICES,
INC., AMERISURE INSURANCE
COMPANY, et al.

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court *sua sponte* following a status conference held in the above-styled actions on October 13, 2010. The Court convened this status conference to discuss possible consolidation of these two actions in the interest of judicial efficiency and economy. For the reasons stated in open court and given the agreement of the parties and Great American's Amended Complaint in Case No. 10-61423-CIV, the Court will dismiss Case Number 10-61051-CIV, *JWR Construction Services, Inc., v. Amerisure Insurance Co. & Amerisure Mutual Insurance Co.* and proceed with Case Number 10-61423-CIV, *Great American Fidelity Insurance Co. & Great American E&S Insurance Co. v. JWR Construction Services, Inc.* Accordingly, it is hereby

ORDERED that Case Number 10-61051-CIV, *JWR Construction Services, Inc., v. Amerisure Insurance Co. & Amerisure Mutual Insurance Co.* is DISMISSED WITHOUT PREJUDICE. All pending motions in that action are DENIED AS MOOT and the case is CLOSED.

The Court notes that Great American's Amended Complaint in Case Number 10-61423-CIV, *Great American Fidelity Insurance Co. & Great American E&S Insurance Co. v. JWR Construction Services, Inc.,* moots JWR's pending Motion to Dismiss Plaintiffs' Complaint (D.E. # 5) in that action. It is further ORDERED that JWR's Motion to Dismiss is DENIED AS MOOT.

During the afore-mentioned hearing, the Court *sua sponte* raised the issue of the appropriate venue for this action under 28 U.S.C. § 1391. As the Court requested in open court, the parties shall confer regarding proper venue and report to the Court with their findings. The parties shall file a Report with their findings regarding venue with the Court by **Wednesday, October 27, 2010.**

DONE AND ORDERED in Chambers, Miami, Florida, this 14th of October, 2010.

Paul C. Huck
United States District Judge

Copies furnished to:
All counsel of record.